# EXHIBIT 1



**PFOS Concentrations in Groundwater**
South Adams County Water and Sanitation District
Adams County, CO

12/22/25

0    1,000    2,000    3,000 Feet

Concentration Gradient Direction
Robson 1996 Alluvium/Paleochannels
Fire Training Facility
SACWSD Klein Water Treatment Facility

*Notes:*
*FTF Wells were sampled in June of 2023.*
*SACWSD Wells were sampled May 8, 2024.*

**PFOS Concentration (ng/L)**
0 - 10
10 - 100
100 - 1,000
1,000 - 10,000
10,000 - 50,000
> 50,000

**Exhibit 1**